**WONG FLEMING**
Linda Wong, Esq.
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 951-9520
Fax: (609) 951-0270
Email: lwong@wongfleming.com
*Attorneys for The Trustees of Princeton University and Regan Crotty*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Trenton)

| | |
|---|---|
| SERGIO VERDU,<br><br>　　　　　*Plaintiff*,<br><br>　v.<br><br>YEOHEE IM,<br><br>　　　　　*Defendant*. | Civil Action No.  3:19-cv-16394-MAS-ZNQ<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF LINDSAY C. HARRISON**<br><br>BY CONSENT |

TO:　Adrienne Levy, Esq.
　　　NESENOFF & MILTENBERG, LLP
　　　363 Seventh Ave., 5th Floor
　　　New York, NY 10001

　　　Richard Levi Elem, Esq.
　　　LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.
　　　1029 Teaneck Road, 2nd Floor
　　　Teaneck, NJ 07666

**PLEASE TAKE NOTICE** that on August 11, 2020 at 9:00am, or at such other date and time as may be set by the Court, The Trustees of Princeton University, a not-for-profit educational corporation of the State of New Jersey and Regan Crotty, by and through their attorneys Wong Fleming, will move before the Honorable Zahid N. Quraishi, United States Magistrate Judge, at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey

08608, for an Order to admit Lindsay C. Harrison *pro hac vice* on behalf of The Trustees of Princeton University and Regan Crotty with regard to third-party discovery.

**PLEASE TAKE FURTHER NOTICE** that the undersigned counsel will rely upon the Certifications of Linda Wong and Lindsay C. Harrison in support of this Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff consents to the admission of Lindsay C. Harrison *pro hac vice*.

A proposed form of Consent Order is attached.

Dated: August 11, 2020

Respectfully submitted,

**WONG FLEMING**
*Attorneys for The Trustees of Princeton University and Regan Crotty*

By: /s/ Linda Wong
      Linda Wong